**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00363-CV**
_____

**MID-COUNTY PLAZA, LLC AND H/S LABRIE FAMILY LIMITED PARTNERSHIP, Appellants**

**V.**

**BARRY GRAVES AND EXPLORE EQUIPMENT RENTAL, INC., Appellees**

---

**On Appeal from the 136th District Court**
**Jefferson County, Texas**
**Trial Cause No. D207460**

---

**MEMORANDUM OPINION**

Mid-County Plaza, LLC and H/S LaBrie Family Limited Partnership, Appellants, filed an agreed motion to dismiss this appeal with prejudice. *See* Tex. R. App. P. 42.1(a)(1). Appellants filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

1

APPEAL DISMISSED.

PER CURIAM

Submitted on June 26, 2024
Opinion Delivered June 27, 2024

Before Golemon, C.J., Horton and Johnson, JJ.